UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

       Plaintiff,

v.                                                     Case No. 1:04-cv-533
                                                       HON. R. ALLAN EDGAR

FREDERICK BANDT,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #43) is approved and adopted as the opinion of the Court.

2. Defendant's motion for dismissal and/or summary judgment (Docket #18) is DENIED.


Dated: *September 28, 2005*                     */s/ R. Allan Edgar*
                                                               R. ALLAN EDGAR
                                                                UNITED STATES DISTRICT JUDGE